IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| MARZIEH GHOLIZADEH-SADEGHMOGHADDAM<br>   *Plaintiff,*<br><br>v.<br><br>BRIAN MATTHEW LAIRD and HALLIBURTON ENERGY SERVICES, INC.,<br>   *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 2:14-cv-00638-MCA-CG |

## JOINT MOTION TO DISMISS WITH PREJUDICE

COME NOW, the Plaintiff and the Defendants, by and through their attorneys of record and for their Joint Motion to Dismiss, state that they have amicably resolved all claims arising out of the occurrences referenced in the Plaintiffs' Complaint and any amendments thereto.

WHEREFORE Plaintiff and Defendants hereby request the entry of an Order dismissing Plaintiff's Complaint, with prejudice.

Respectfully Submitted,

BUTT THORNTON & BAEHR, PC

*/s/ Ryan T. Sanders*
Ryan T. Sanders
Raul P. Sedillo
4101 Indian School Road
NE, Suite 300 South
Albuquerque, NM  87110
(505) 884-0777
*Attorney for Defendants*

And

*/s/ Jason Medina*_____
Jason Medina
***Attorney for Plaintiff***
GLASHEEN, VALLES & INDERMAN, LLP
P.O. Box 1976 (79408-1976)
1302 Texas Avenue
Lubbock, Texas 79401
(806) 741-0284 – Telephone
(806) 329-0595 – Facsimile
jmedina@glasheenlaw.com