**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MARZIEH GHOLIZADEH-     §
SADEGHMOGHADDAM     §
    *Plaintiff,*     §
    §
v.     §     No. 2:14-cv-00638-MCA-CG
    §
BRIAN MATTHEW LAIRD and     §
HALLIBURTON ENERGY SERVICES,     §
INC.,     §
    *Defendants.*     §

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come  before the Court upon the Joint Motion of the Plaintiffs and the Defendants, to Dismiss, the Court, having reviewed the pleadings and being otherwise fully informed FINDS that the Motion is WELL-TAKEN and shall be GRANTED.

WHEREFORE Plaintiffs' Complaint is hereby dismissed with prejudice. The parties shall bear their own fees and costs.

**IT IS SO ORDERED.**

_____
The Honorable M. Christina Armijo
United States Chief Judge

Respectfully Submitted,

BUTT THORNTON & BAEHR, PC

*/s/ Ryan T. Sanders* _____
Ryan T. Sanders
Raul P. Sedillo
4101 Indian School Road
NE, Suite 300 South
Albuquerque, NM  87110
(505) 884-0777
***Attorney for Defendants***

APPROVED:

*/s/ Jason Medina*_____
Jason Medina
GLASHEEN, VALLES & INDERMAN, LLP
P.O. Box 1976 (79408-1976)
1302 Texas Avenue
Lubbock, Texas 79401
(806) 741-0284 - Telephone
(806) 329-0595 – Facsimile
jmedina@glasheenlaw.com